| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| **NEXUS BANKRUPTCY**<br>Benjamin Heston (297798)<br>100 Bayview Circle #100<br>Newport Beach, CA 92660<br>Tel: 951.290.2827<br>Fax: 949.288.2054<br>ben@nexusbk.com<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

## United States Bankruptcy Court
## Central District of California - Santa Ana Division

| In re:<br>Usmaan Mela | CASE NO.: 8:22-bk-12033-TA |
|---|---|
| | CHAPTER: Chapter 7 |
| | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date (** *Check only ONE box below* **):**

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 12/14/2022        Usmaan Mela        [signature]
                        Printed name of Debtor 1        Signature of Debtor 1


Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date (** *Check only ONE box below* **):**

    ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____        _____        _____
                        Printed name of Debtor 2        Signature of Debtor 2

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015

F 1002-1.EMP.INCOME.DEC

COMBINED L A-WEST SIDE MLS INC
8350 Wilshire Blvd Fl 1
Beverly Hills CA 90211

Y480-8274
0942 3 TECHNICAL
EE ID: 342          DD

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

USMAAN A MELA
3 BROADLEAF
IRVINE CA  92612

NON-NEGOTIABLE

---

**PERSONAL AND CHECK INFORMATION**
Usmaan A Mela
3 BROADLEAF
IRVINE, CA  92612
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 342

**Home Department:** 3 TECHNICAL

**Pay Period:** 09/21/22 **to** 10/04/22
**Check Date:** 10/07/22    **Check #:** 206

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 772 | 0.00 | 4316.02 |
| Chkg 394 | 3914.65 | 11626.72 |
| **NET PAY** | **3914.65** | **15942.74** |

TIME OFF (Based on Policy Year)

| DESCRIPTION | AVAIL BAL |
|---|---|
| Sick | 16.00 hrs |
| DESCRIPTION | AVAIL BAL |
| Vacation | 0.00 hrs |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Salary | | | 5769.23 | 16.00 | 23653.88 |
| | | Holiday | | | | M8.00 | |
| | | Sick | | | | M16.00 | |
| | | **Total Hours** | | | | 40.00 | |
| | | **Gross Earnings** | | | 5769.23 | | 23653.88 |
| | | **Total Hrs Worked** | | | | | |

| WITHHOLDINGS | | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Social Security | | | 357.69 | | 1466.54 |
| | | Medicare | | | 83.65 | | 342.98 |
| | | Fed Income Tax | H | | 910.77 | | 3885.39 |
| | | CA Income Tax | SMI2 0 1 | | 439.01 | | 1756.04 |
| | | CA Disability | | | 63.46 | | 260.19 |
| | | **TOTAL** | | | 1854.58 | | 7711.14 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **3914.65** | **15942.74** |

*Payrolls by Paychex, Inc.*

0942 Y480-8274  Combined L A-Westside MLS Inc • 8350 Wilshire Blvd Fl 1 • Beverly Hills CA 90211 • (310) 358-1100

COMBINED L A-WESTSIDE MLS INC
8350 Wilshire Blvd Fl 1
Beverly Hills CA 90211

Y480-8274
0942 3 TECHNICAL
EE ID: 342    DD

USMAAN A MELA
3 BROADLEAF
IRVINE CA 92612

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

| PERSONAL AND CHECK INFORMATION | | | EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|---|---|
| Usmaan A Mela | | | | | Salary | | | 5769.23 | 16.00 | 29423.11 |
| 3 BROADLEAF | | | | | Holiday | | | | M8.00 | |
| IRVINE, CA 92612 | | | | | Sick | | | | M16.00 | |
| **Soc Sec #:** xxx-xx-xxxx  **Employee ID:** 342 | | | | | **Total Hours** | | | | 40.00 | |
| **Home Department:** 3 TECHNICAL | | | | | **Gross Earnings** | | | 5769.23 | | 29423.11 |
| | | | | | **Total Hrs Worked** | | | | | |
| **Pay Period:** 10/05/22 **to** 10/18/22 | | | WITHHOLDINGS | | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| **Check Date:** 10/21/22  **Check #:** 240 | | | | | Social Security | | | 357.69 | | 1824.23 |
| NET PAY ALLOCATIONS | | | | | Medicare | | | 83.66 | | 426.64 |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) | | | Fed Income Tax | H | | 910.77 | | 4796.16 |
| Check Amount | 0.00 | 0.00 | | | CA Income Tax | SMI2 0 1 | | 439.01 | | 2195.05 |
| Chkg 772 | 0.00 | 4316.02 | | | CA Disability | | | 63.46 | | 323.65 |
| Chkg 394 | 3914.64 | 15541.36 | | | **TOTAL** | | | 1854.59 | | 9565.73 |
| **NET PAY** | **3914.64** | **19857.38** | | | | | | | | |

TIME OFF (Based on Policy Year)

| DESCRIPTION | AVAIL BAL |
|---|---|
| Sick | 16.00 hrs |
| DESCRIPTION | AVAIL BAL |
| Vacation | 18.46 hrs |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **3914.64** | **19857.38** |

*Payrolls by Paychex, Inc.*

0942 Y480-8274  Combined L A-Westside MLS Inc • 8350 Wilshire Blvd Fl 1 • Beverly Hills CA 90211 • (310) 358-1100

COMBINED LA-WESTSIDE MLS INC
8350 Wilshire Blvd Fl 1
Beverly Hills CA 90211

Y480-8274
Dept 3 TECHNICAL
EE ID: 342    DD

USMAAN A MELA
3 BROADLEAF
IRVINE CA 92612

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

| PERSONAL AND CHECK INFORMATION | | | EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|---|---|
| Usmaan A Mela | | | | | Salary | | | 5769.23 | 16.00 | 35192.34 |
| 3 BROADLEAF | | | | | Holiday | | | | M8.00 | |
| IRVINE, CA 92612 | | | | | Sick | | | | M16.00 | |
| **Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 342 | | | | | **Total Hours** | | | | 40.00 | |
| | | | | | **Gross Earnings** | | | 5769.23 | | 35192.34 |
| **Home Department:** 3 TECHNICAL | | | | | **Total Hrs Worked** | | | | | |
| **Pay Period:** 10/19/22 **to** 11/01/22 | | | WITHHOLDINGS | | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| **Check Date:** 11/04/22    **Check #:** 274 | | | | | Social Security | | | 357.70 | | 2181.93 |
| NET PAY ALLOCATIONS | | | | | Medicare | | | 83.65 | | 510.29 |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) | | | Fed Income Tax | H | | 910.77 | | 5706.93 |
| Check Amount | 0.00 | 0.00 | | | CA Income Tax | SMI2 0 1 | | 439.01 | | 2634.06 |
| Chkg 772 | 0.00 | 4316.02 | | | CA Disability | | | 63.46 | | 387.11 |
| Chkg 394 | 3914.64 | 19456.00 | | | | | | | | |
| **NET PAY** | **3914.64** | **23772.02** | | | **TOTAL** | | | 1854.59 | | 11420.32 |

TIME OFF (Based on Policy Year)

| DESCRIPTION | AVAIL BAL |
|---|---|
| Sick | 16.00 hrs |
| DESCRIPTION | AVAIL BAL |
| Vacation | 21.54 hrs |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **3914.64** | **23772.02** |

*Payrolls by Paychex, Inc.*

0942 Y480-8274  Combined L A-Westside MLS Inc • 8350 Wilshire Blvd Fl 1 • Beverly Hills CA 90211 • (310) 358-1100

COMBINED L A-WESTSIDE MLS INC
8350 Wilshire Blvd Fl 1
Beverly Hills CA 90211

Y480-8274
0942 3 TECHNICAL
EE ID: 342    DD

**NON-NEGOTIABLE**

USMAAN A MELA
3 BROADLEAF
IRVINE CA 92612

*Payrolls by Paychex, Inc.*

---

**PERSONAL AND CHECK INFORMATION**
Usmaan A Mela
3 BROADLEAF
IRVINE, CA 92612
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 342

**Home Department:** 3 TECHNICAL

**Pay Period:** 11/02/22 **to** 11/15/22
**Check Date:** 11/18/22    **Check #:** 308

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 772 | 0.00 | 4316.02 |
| Chkg 394 | 4070.81 | 23526.81 |
| **NET PAY** | **4070.81** | **27842.83** |

TIME OFF (Based on Policy Year)

| DESCRIPTION | AVAIL BAL |
|---|---|
| Sick | 16.00 hrs |
| DESCRIPTION | AVAIL BAL |
| Vacation | 21.54 hrs |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Salary | | | 6043.08 | 16.00 | 41235.42 |
| | | Holiday | | | | M8.00 | |
| | | Sick | | | | M16.00 | |
| | | **Total Hours** | | | | 40.00 | |
| | | **Gross Earnings** | | | 6043.08 | | 41235.42 |
| | | **Total Hrs Worked** | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 374.67 | 2556.60 |
| | Medicare | | 87.62 | 597.91 |
| | Fed Income Tax | H | 976.49 | 6683.42 |
| | CA Income Tax | SMI2 0 1 | 467.02 | 3101.08 |
| | CA Disability | | 66.47 | 453.58 |
| | **TOTAL** | | 1972.27 | 13392.59 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **4070.81** | **27842.83** |

*Payrolls by Paychex, Inc.*

0942 Y480-8274  Combined L A-Westside MLS Inc • 8350 Wilshire Blvd Fl 1 • Beverly Hills CA 90211 • (310) 358-1100