1  THOMAS H. CASEY, TRUSTEE (State Bar No. 138264)
   26400 La Alameda, Suite 210
2  Mission Viejo, CA 92691
   Telephone:   (949) 766-8787
3  Facsimile:   (949) 766-9896

4              UNITED STATES BANKRUPTCY COURT
               CENTRAL DISTRICT OF CALIFORNIA
5                  SANTA ANA DIVISION

6  In Re:                                Case No.: 22-12033-TA

7  USMAAN MELA
                                         Chapter 7
8
                                         NOTICE OF CONTINUED MEETING OF
9                                        CREDITORS AND APPEARANCE OF
                                         DEBTOR [11 USC 341(a)]
10
                   Debtor.

11  COUNSEL: BENJAMIN HESTON
    TO THE ABOVE NAMED DEBTOR:

12
         You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C.
13  Section 341(a) in the above-entitled matter was continued to 02/13/2023 at 10:00 AM, for the
    reason set forth below. Because of developing issues with the COVID-19 virus and the
14  national declaration of emergency by the President of the United States, §341 Meeting of
    Creditors will be conducted telephonically. Conference Line: 1-866-915-2046, Participant
15  Code: 5508970#. Please contact the Trustee for further instructions.

16    Additional documents have been requested and/or documents to be reviewed are in the
      process of review. The Trustee may require further information and if so, you will be
17    contacted. Failure to provide requested documentation may result in a motion to dismiss
      your case filed by the Trustee.

18
    Usmaan Mela
19  3 Broadleaf
    Irvine, CA 92612-2838

20
    Benjamin Heston
21  100 Bayview Circle, Suite 100
    Newport Beach, CA 92660

22
    Dated:   January 10, 2023              /s/ THOMAS H. CASEY
23                                         THOMAS H. CASEY, TRUSTEE

24      I certify that I served the within notice on the above debtor and the debtor attorney,
    and interested parties on January 10, 2023.
                                           /s/ MARISSA SILVA
                                           MARISSA SILVA