THOMAS H. CASEY, TRUSTEE (State Bar No. 138264)
26400 La Alameda, Suite 210
Mission Viejo, CA 92691
Telephone:     (949) 766-8787
Facsimile:     (949) 766-9896

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | |
|---|---|
| In Re:<br><br>USMAAN MELA<br><br><br><br><br><br>Debtor. | Case No.: 22-12033-TA<br><br>Chapter 7<br><br>NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)] |

COUNSEL: BENJAMIN HESTON
TO THE ABOVE NAMED DEBTOR:

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to 03/20/2023 at 11:00 AM, for the reason set forth below. Because of developing issues with the COVID-19 virus and the national declaration of emergency by the President of the United States, §341 Meeting of Creditors will be conducted telephonically. Conference Line: 1-866-915-2046, Participant Code: 5508970#. Please contact the Trustee for further instructions.

Additional documents have been requested and/or documents to be reviewed are in the process of review. The Trustee may require further information and if so, you will be contacted. Failure to provide requested documentation may result in a motion to dismiss your case filed by the Trustee.

Usmaan Mela
3 Broadleaf
Irvine, CA 92612-2838

Benjamin Heston
100 Bayview Circle, Suite 100
Newport Beach, CA 92660

Dated:     February 14, 2023          /s/ THOMAS H. CASEY
                                      THOMAS H. CASEY, TRUSTEE

I certify that I served the within notice on the above debtor and the debtor attorney, and interested parties on February 14, 2023.

                                      /s/ MARISSA SILVA
                                      MARISSA SILVA