Peter C. Anderson
United States Trustee
Kristin T. Mihelic, SBN 278483
Attorney for the U.S. Trustee
411 West Fourth Street, Suite 7160
Santa Ana, CA  92701-8000
Tel:  714-338-3400
Fax: 714-338-3421
Kristin.T.Mihelic@usdoj.gov

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>USMAAN MELA,<br><br>                              Debtor. | CASE NUMBER:  8:22-12033-TA<br><br>CHAPTER 7<br><br>**SUPPLEMENTAL PROOF OF SERVICE RE:**<br><br>Stipulation To Extend The Time For Only The U.S. Trustee To File An Adversary Case Under §727 Or A Motion To Dismiss Under §707(b)<br><br>DATE:  [NO HEARING REQUIRED]<br>TIME:<br>CRTM: |

**TO THE HONORABLE THEODOR C. ALBERT AND PARTIES IN INTEREST:**

Attached Hereto Is The Supplemental Proof Of Service Re: Stipulation To Extend The Time For Only The U.S. Trustee To File An Adversary Case Under §727 Or A Motion To Dismiss Under §707(b).

Respectfully Submitted,

OFFICE OF THE UNITED STATES TRUSTEE

DATED: 3/1/2023

/s/ Kristin T. Mihelic
Attorney for the U.S. Trustee

UNITED STATES BANKRUPTCY COURT
Central District of California Santa Ana

| | |
|---|---|
| In re:<br>Usmaan Mela,<br>        Debtor(s). | Case No.: 22-12033<br>Chapter: 7 |

# CERTIFICATE OF SERVICE

I, Tinamarie Feil, state as follows:

I am over the age of 18 and not a party to the above-captioned case. I certify that on February 28, 2023 as directed by Office of the United States Trustee, true and correct copy(s) of the following document(s) were served on the party(s) listed on the attached exhibit(s) via the mode(s) of service thereon indicated:

Stipulation By United States Trustee (SA) and Debtor's Counsel Extending The Time For The U.S. Trustee Only To File An Adversary Case Under §727 Or To File A Motion To Dismiss Case Under §707(b)(3) Filed by U.S. Trustee United States Trustee (SA) (Mihelic, Kristin) (Entered: 02/24/2023)

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

February 28, 2023

*Tinamarie Feil*

Tinamarie Feil
BMC Group, Inc.
Approved Bankruptcy Notice Provider
info@bmcgroup.com; 888.909.0100

**Exhibit A - Certificate of Service**
**Usmaan Mela 22-12033**

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 7265 | USMAAN MELA, 3 BROAD LEAF, IRVINE, CA, 92612-2838, United States of America | First Class |