United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 22-12033-TA |
| Usmaan Mela | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 1 |
| Date Rcvd: Feb 28, 2023 | Form ID: pdf042 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Usmaan Mela, 3 Broadleaf, Irvine, CA 92612-2838 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2023      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Usmaan Mela bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Kristin T Mihelic | on behalf of U.S. Trustee United States Trustee (SA) kristin.t.mihelic@usdoj.gov |
| Thomas H Casey (TR) | msilva@tomcaseylaw.com  thc@trustesolutions.net |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

TOTAL: 4

PETER C. ANDERSON
United States Trustee
Kristin T. Mihelic (Bar No. 278483)
Trial Attorney for the United States Trustee
Office of the United States Trustee
411 West Fourth St., Suite 7160
Santa Ana, CA 92701
714-338-3400
E-mail: kristin.t.mihelic@usdoj.gov

**FILED & ENTERED**

FEB 28 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>USMAAN MELA,<br><br><br>Debtor. | CASE NUMBER: 8:22-bk-12033-TA<br><br>CHAPTER 7<br><br>**ORDER APPROVING STIPULATION TO EXTEND THE TIME FOR ONLY THE U.S. TRUSTEE TO FILE AN ADVERSARY CASE UNDER §727 OR A MOTION TO DISMISS UNDER §707(b)**<br><br>[NO HEARING REQUIRED] |

The Court, having read and considered the above referenced Stipulation filed on February 24, 2023 at Docket entry #18 and for good cause shown:

**IT IS ORDERED:**

1. The Stipulation is approved.

//
//
//
//

1

2. The deadline to object to discharge pursuant to 11 U.S.C. §727 and/or to file a motion to dismiss case pursuant to 11 U.S.C. §707(b) is extended to and through April 30, 2023.

3. This extension shall apply to the United States Trustee only.

###

Date: February 28, 2023

_____
Theodor C. Albert
United States Bankruptcy Judge