Certificate Number: 14912-CAC-DE-037389837

Bankruptcy Case Number: 22-12033



14912-CAC-DE-037389837

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 30, 2023</u>, at <u>7:51</u> o'clock <u>PM EDT</u>, <u>Usmaan Mela</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Central District of California</u>.

Date:  April 30, 2023

By:  /s/Jai Bhatt

Name:  Jai Bhatt

Title:  Counselor