United States Bankruptcy Court

Central District of California

In re:                                                                                    Case No. 22-12033-TA

Usmaan Mela                                                                      Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 3 |
| Date Rcvd: May 05, 2023 | Form ID: 318a | Total Noticed: 27 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Usmaan Mela, 3 Broadleaf, Irvine, CA 92612-2838 |
| 41366850 | + | CACH / RESURGENT CAPITAL SERVICES, 6801 S CIMARRON RD STE 4, LAS VEGAS, NV 89113-2273 |
| 41366851 | | California Department of, Tax and Fee Administration, Po Box 942879, Sacramento, CA 94279-0001 |
| 41385727 | + | EDUCAP, INC., C/O RUDY GABA, 25 MAUCHLY, SUITE 300, IRVINE, CA 92618-2331 |
| 41385728 | + | ENTHUSIAST AUTO GROUP, C/O THE MOORE LAW GROUP, 3710 S SUSAN ST, SANTA ANA, CA 92704-6966 |
| 41366863 | + | PIONEER CAPITAL SOLUTIONS, 300 E MAIN ST STE 306, ANOKA, MN 55303-2468 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: FTHCASEY.COM | May 06 2023 04:12:00 | Thomas H Casey (TR), 26400 La Alameda, Suite 210, Mission Viejo, CA 92691-8578 |
| smg | | EDI: EDD.COM | May 06 2023 04:12:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | May 06 2023 04:12:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41366847 | + | Email/Text: Support@adastrarecoveryservicesinc.com | May 06 2023 00:16:00 | AD ASTRA RECOVERY SERVICES, 7330 W 33RD ST N STE 118, WICHITA, KS 67205-9370 |
| 41366848 | ^ | MEBN | May 06 2023 00:09:15 | AWA COLLECTIONS, PO BOX 6605, ORANGE, CA 92863-6605 |
| 41366849 | + | Email/Text: support@tbsc.la | May 06 2023 00:16:00 | BEST SERVICE COMPANY, 6700 S. CENTINELA AVE., CULVER CITY, CA 90230-6304 |
| 41366852 | + | EDI: CAPITALONE.COM | May 06 2023 04:12:00 | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 41366854 | + | Email/PDF: creditonebknotifications@resurgent.com | May 06 2023 00:14:42 | CREDIT ONE BANK, PO BOX 98875, LAS VEGAS, NV 89193-8875 |
| 41366855 | + | EDI: AMINFOFP.COM | May 06 2023 04:12:00 | FIRST PREMIER BANK, 601 S MINNESOTA AVE, SIOUX FALLS, SD 57104-4868 |
| 41366856 | | EDI: CALTAX.COM | May 06 2023 04:12:00 | Franchise Tax Board, Personal Bankruptcy MS A340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41366857 | + | EDI: LCIICSYSTEM | May 06 2023 04:12:00 | IC SYSTEM, PO BOX 64378, SAINT PAUL, MN 55164-0378 |
| 41366858 | | EDI: IRS.COM | May 06 2023 04:12:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |

| 41366859 | | EDI: JEFFERSONCAP.COM | May 06 2023 04:12:00 | JEFFERSON CAPITAL SYSTEMS, 16 MCLELAND RD, SAINT CLOUD, MN 56303 |
| 41366853 | | EDI: JPMORGANCHASE | May 06 2023 04:12:00 | CHASE CARD SERVICES, PO BOX 15369, WILMINGTON, DE 19850 |
| 41366860 | + | Email/Text: bankruptcy@ncaks.com | May 06 2023 00:16:00 | NATIONAL CREDIT ADJUSTERS, 327 W 4TH AVE, HUTCHINSON, KS 67501-4842 |
| 41366861 | + | Email/Text: bankruptcy@ncaks.com | May 06 2023 00:16:00 | NATIONAL CREDIT ADJUSTERS, P.O. BOX 550, HUTCHINSON, KS 67504-0550 |
| 41366862 | ^ | MEBN | May 06 2023 00:08:53 | NCB MANAGEMENT SERVICES, 1 ALLIED DR, TREVOSE, PA 19053-6945 |
| 41366864 | | EDI: PRA.COM | May 06 2023 04:12:00 | PORTFOLIO RECOVERY ASSOCIATES, 150 CORPORATE BLVD, NORFOLK, VA 23502 |
| 41366865 | + | EDI: PMSCOLLECTS.COM | May 06 2023 04:12:00 | PROGRESSIVE MANAGEMENT SYSTEMS, 1521 W CAMERON AVE FL 1, WEST COVINA, CA 91790-2738 |
| 41366866 | | Email/Text: bknotifications@sdccu.com | May 06 2023 00:16:00 | SAN DIEGO COUNTY CREDIT UNION, 5555 MILDRED ST, SAN DIEGO, CA 92110 |
| 41366868 | | EDI: USAA.COM | May 06 2023 04:12:00 | USAA SAVINGS BANK, PO BOX 47504, SAN ANTONIO, TX 78265 |

TOTAL: 21

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 41366867 | *+ | THE BEST SERVICE COMPANY, 6700 S CENTINELA AVE, CULVER CITY, CA 90230-6304 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 07, 2023    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Benjamin Heston | on behalf of Debtor Usmaan Mela bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Kristin T Mihelic | on behalf of U.S. Trustee United States Trustee (SA) kristin.t.mihelic@usdoj.gov |
| Thomas H Casey (TR) | msilva@tomcaseylaw.com thc@trustesolutions.net |

District/off: 0973-8                          User: admin                              Page 3 of 3
Date Rcvd: May 05, 2023                       Form ID: 318a                            Total Noticed: 27

United States Trustee (SA)
                              ustpregion16.sa.ecf@usdoj.gov


TOTAL: 4

**Information to identify the case:**

| | |
|---|---|
| Debtor 1 | **Usmaan Mela** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court | Central District of California |
| Case number: | **8:22–bk–12033–TA** |

Social Security number or ITIN    xxx–xx–1283

EIN    _ _–_ _ _ _ _ _ _

Social Security number or ITIN    _ _ _ _

EIN    _ _–_ _ _ _ _ _ _

## Order of Discharge – Chapter 7

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Usmaan Mela

[include all names used by each debtor, including trade names, within
the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 5/5/23

**Dated:** 5/5/23

By the court:    Theodor Albert
                United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case,
and it does not determine how much money, if
any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any
attempt to collect a discharged debt from the
debtors personally. For example, creditors
cannot sue, garnish wages, assert a deficiency,
or otherwise try to collect from the debtors
personally on discharged debts. Creditors cannot
contact the debtors by mail, phone, or otherwise
in any attempt to collect the debt personally.
Creditors who violate this order can be required
to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a
claim against the debtors' property subject to that
lien unless the lien was avoided or eliminated.
For example, a creditor may have the right to
foreclose a home mortgage or repossess an
automobile.

This order does not prevent debtors from paying
any debt voluntarily or from paying reaffirmed
debts according to the reaffirmation agreement.
11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not
all. Generally, a discharge removes the debtors'
personal liability for debts owed before the
debtors' bankruptcy case was filed.

Also, if this case began under a different chapter
of the Bankruptcy Code and was later converted
to chapter 7, debts owed before the conversion
are discharged.

In a case involving community property: Special
rules protect certain community property owned
by the debtor's spouse, even if that spouse did
not file a bankruptcy case.

26/AUTU

For more information, see page 2 >

Official Form 318–CACBdodb/CACodsc    **Order of Chapter 7 Discharge**    page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**